UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Musla S., | Case No. 20-cv-1349 (WMW/DTS) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Eric Holien, *Sheriff, Kandiyohi County*, | |
| Respondent. | |

This matter is before the Court on the September 18, 2020 Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz. (Dkt. 10.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The September 18, 2020 R&R, (Dkt. 10), is **ADOPTED**.

2. Petitioner Musla S.'s petition for a writ of habeas corpus, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 10, 2020            s/Wilhelmina M. Wright
                                                       Wilhelmina M. Wright
                                                       United States District Judge